

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-17-00670-CV

Desiree Shvonne **MARSHALL**,
Appellant

v.

Bonnie **MULLER**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-20521
Honorable John D. Gabriel, Jr., Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed:  February 28, 2018

DISMISSED

Appellant has filed an unopposed motion to dismiss this appeal.  The motion is granted, and the appeal is dismissed.  *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM